[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 360.]

THE STATE EX REL. HUMPHREY, APPELLANT, *v.* INDUSTRIAL COMMISSION OF

OHIO, APPELLEE.

[Cite as *State ex rel. Humphrey v. Indus. Comm.*, 1998-Ohio-66.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 97-1531—Submitted August 19, 1998—Decided October 14, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 96APD09-1210.

———————————

*Law Offices of Larry Hotchkiss* and *Scott A. Bravi*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Michael A. Vanderhorst,* Assistant Attorney General, for appellee.

———————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

———————————

ALICE ROBIE RESNICK, J., dissenting.

{¶ 2} I would reverse the judgment of the court of appeals and return the cause to the Industrial Commission to consider the report of bureau vocational specialist Rod Metcalf. The commission's order lists reports reviewed and evaluated, but omits mention of the Metcalf report. I disagree with the court of appeals' finding that the commission satisfied the requirement that it indicate consideration of the Metcalf report because another vocational report makes several references to it. It is the commission's duty to evaluate all the evidence, and it may not delegate that responsibility. See *State ex rel. Hayes v. Indus. Comm.* (1997), 78

Ohio St.3d 572, 577, 679 N.E.2d 295, 299; *State ex rel. Fultz* v. *Indus. Comm.* (1994), 69 Ohio St.3d 327, 631 N.E.2d 1057.

MOYER, C.J., and DOUGLAS, J., concur in the foregoing dissenting opinion.

————————————